IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE RODOLFO GONZALEZ, | ) | No. C 13-0723 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |

On February 15, 2013, Plaintiff, a California state prisoner, filed a letter with the court, which initiated these proceedings. (Doc. No. 1.) On March 4, 2013, plaintiff filed a letter stating that he did not intend to file a complaint, and requesting that the action be dismissed. (Doc. No. 5.)

Plaintiff may voluntarily dismiss his complaint with or without order of this court. See Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Because no opposing party has been served, plaintiff's letter requesting to dismiss these proceedings is construed as a "notice of dismissal," and requires no order from the court. *See* Fed. R. Civ. P. 41(a)(1)(A)(I). Accordingly, this action is DISMISSED. The clerk of the court shall terminate all pending motions and deadlines and close the file. The clerk is also directed to send an electronic copy of plaintiff's original letter (Doc. No. 1), and a copy of this order to the courtroom deputy of Judge Thelton Henderson.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.Rmw\CR.13\Gonzalez723VolDis.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: RODOLFO GONZALEZ,

        Plaintiff,

                                    /

Case Number: CV13-00723 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Gonzalez K57028
B3-29-03 UP
Valley State Prison for Women
PO Box 92
Chowcilla, CA 93610

Dated: March 27, 2013

                                                    Richard W. Wieking, Clerk
                                                    By: Jackie Lynn Garcia, Deputy Clerk